FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Magistrate Case No.: '08 MJ 8528
                Plaintiff, )
      v. ) COMPLAINT FOR VIOLATION OF
Francisco LEAL-Medina ) 21 U.S.C. § 952 and 960
) Importation of a Controlled Substance
) (Felony)
                Defendant. )

The undersigned complainant being duly sworn states:

That on or about June 11, 2008, within the Southern District of California, defendant Francisco LEAL-Medina did knowingly and intentionally import approximately 34.95 kilograms (76.89 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                          FELIX CASTANEDA
                          Special Agent
                          U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12TH, DAY OF JUNE 2008.

                          JAN M. ADLER
                          UNITED STATES MAGISTRATE JUDGE

1 UNITED STATES OF AMERICA
2    v.
3 Francisco LEAL -Medina

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Felix Castaneda.

On June 11, 2008, at approximately 1502 hours, Francisco LEAL-Medina entered the United States at the Calexico, California, East Port of Entry. LEAL was the driver of 1995 Nissan 200 SX.

Customs Border Protection Officer Gipson was assigned to primary lanes when LEAL entered his lane. LEAL gave Officer Gipson a negative oral Customs declaration. Officer Gipson referred LEAL and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Cavazos requested Canine Enforcement Officer (CEO) Varela screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Varela noted that his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed nineteen (19) packages in the quarter panels, roof and seats of the vehicle. Officer Cavazos probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 19 packages had a combined net weight of approximately 34.95 kilograms (76.89 pounds).

LEAL was advised of his Constitutional Rights, which he acknowledged and waived. LEAL stated he was told he would be paid $1,300.00 to drive a vehicle laden with marijuana into the United States. LEAL stated he has smuggled marijuana into the United States on two prior occasions.