**FILED**
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2280-DMS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| FRANCISCO LEAL-MEDINA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about June 11, 2008, within the Southern District of California, defendant FRANCISCO LEAL-MEDINA, did knowingly and intentionally import approximately 34.95 kilograms (76.89 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 10, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John et Weir*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
7/9/08